No. 90–1286. JENKINS, AKA MCGANN *v.* BARNETT BANK OF PENSACOLA ET AL., 499 U. S. 960. Motion of petitioner to waive fee for filing petition for rehearing and to dispense with printing petition for rehearing denied.

No. 90–1604. MORALES, ATTORNEY GENERAL OF TEXAS *v.* TRANS WORLD AIRLINES, INC., ET AL.; and

No. 90–1606. ATTORNEY GENERAL OF CALIFORNIA ET AL. *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 90–7282. IN RE LEWIS;

No. 90–7688. IN RE THOMAS;

No. 90–7819. IN RE GEURIN;

No. 90–7828. IN RE GEURIN; and

No. 90–7918. IN RE ROLLINS ET UX. Petitions for writs of mandamus denied.

No. 90–918. FRANKLIN *v.* GWINNETT COUNTY PUBLIC SCHOOLS ET AL. C. A. 11th Cir. Certiorari granted.

No. 90–7675. R. A. V. *v.* CITY OF ST. PAUL, MINNESOTA. Sup. Ct. Minn. Motion of Minnesota Civil Liberties Union for leave to file a brief as *amicus curiae* granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1. CITY OF LITTLE ROCK, ARKANSAS, ET AL. *v.* REYNOLDS, ADMINISTRATRIX OF ESTATE OF REEVES, DECEASED, ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–590. FOLLETT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–616. RICE *v.* AURIEMMA ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–660. FERRIN, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION *v.* DE MARTINI. C. A. 9th Cir. Certiorari denied.